FILED

NOV 14 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

United States of America

v.

CHIU CHUEN LAU,

Defendants.

Case No. 4:18-mj-71596-MAG-1 (DMR)

Charging District:
Western District of Washington, Seattle

Charging District's Case No.:
2:17CR-00046-RSL

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: U.S. District Court Western District of Washington 700 Stewart Street Seattle, WA 98101 | Courtroom No.: 12B |
| | Magistrate Judge James P. Donohue |
| | Date and Time: November 19, 2018  1:45 p.m. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: November 14, 2018

Donna M. Ryu
United States District Judge